UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVER WORLD SA,

        Plaintiff,

    v.

CORBION BIOTECH, INC.,

        Defendant.

Case No. 21-cv-02874-PJH

**ORDER RE: DEFENDANT'S MOTION TO DISMISS**

Re: Dkt. No. 21

    Defendant's motion to dismiss, or in the alternative, compel arbitration came on for hearing before this court on August 5, 2021. Plaintiff appeared through its counsel, Theodora McCormick. Defendant appeared through its counsel, Carlyle Hall. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby **DENIES** defendant's motion without prejudice, for the reasons stated at the hearing.

    **IT IS SO ORDERED.**

Dated: August 5, 2021

                                      */s/ Phyllis J. Hamilton*
                                      PHYLLIS J. HAMILTON
                                      United States District Judge