| | |
|---|---|
| Theodora McCormick (admitted *pro hac vice*) <br> Robert Lufrano (admitted *pro hac vice*) <br> **EPSTEIN BECKER & GREEN, P.C.** <br> 150 College Road West, Suite 301 <br> Princeton, New Jersey 08540 <br> Telephone: 609.455.1540 <br> Facsimile:  609.228.5318 <br> tmccormick@ebglaw.com <br> rlufrano@ebglaw.com <br><br> David M. Prager (SBN 274796) <br> **EPSTEIN BECKER & GREEN, P.C.** <br> 1925 Century Park East, Suite 500 <br> Los Angeles, California 90067 <br> Telephone: 310.556.8861 <br> Facsimile:  310.553.2165 <br> dprager@ebglaw.com <br><br> *Attorneys for Plaintiff* <br> *Alver World SA* | Joshua Rayes <br> **POLSINELLI LLP** <br> Three Embarcadero Center, Suite 2400 <br> San Francisco, California 94111 <br> Telephone: 415.248.2141 <br> Facsimile: 415.248.2101 <br> jrayes@polsinelli.com <br><br> *Attorneys for Defendant* <br> *Corbion Biotech, Inc.* |

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVER WORLD SA, <br><br>                    Plaintiff, <br><br>         v. <br><br> CORBION BIOTECH, INC., <br><br>                    Defendant. | CASE NO. 4:21-cv-02874-PJH <br><br> **STIPULATION OF DISMISSAL** |

**THIS MATTER**, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action is dismissed with prejudice and without costs to any party.

**So agreed by:**

| | |
|---|---|
| /s/Theodora McCormick | /s/Joshua Rayes |
| Theodora McCormick | Joshua Rayes |
| **EPSTEIN BECKER & GREEN, P.C.** | **POLSINELLI LLP** |
| 150 College Road West, Suite 301 | Three Embarcadero Center, Suite 2400 |
| Princeton, New Jersey 08540 | San Francisco, California 94111 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Alver World SA* | *Corbion Biotech, Inc.* |